IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT WALLMAN, | ) | 4:05CV3206 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JO ANNE B. BARNHART, Commissioner of the Social Security Administration, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

    This is a proceeding for the review of a final decision of the Secretary of Health and Human Services pursuant to the provisions of 42 U.S.C. § 405(g). The Secretary, in compliance with § 405(g), has now filed a certified copy of the transcript of the administrative record. According to the complaint, the plaintiff seeks a reversal of the Secretary's decision on the ground that it is not supported by substantial evidence.

    IT IS ORDERED:

    1. That the plaintiff shall have 35 days from the date of this order in which to submit a brief in support of the plaintiff's position;

    2. That the defendant shall have 35 days from the date on which the plaintiff's brief is served in which to submit an answer brief;

    3. That within one week after the defendant's answer brief is served, the plaintiff may submit a reply brief and either party may request oral argument or make any other request which may be permitted under 42 U.S.C. § 405(g); and

    4. That in the absence of an order setting the case for oral argument or scheduling further proceedings, the case shall be deemed to be submitted at the expiration of the time period specified in paragraph 3 hereof.

    Dated October 25, 2005.

    BY THE COURT

    s/ Warren K. Urbom
    United States Senior District Judge