IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT WALLMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3206 |
| | ) | |
| v. | ) | |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION, | ) | ORDER ON DEFENDANT'S MOTION |
| | ) | FOR EXTENSION OF TIME TO RESPOND |
| Defendant. | ) | TO PLAINTIFF'S BRIEF |
| | ) | |

     IT IS ORDERED that the Defendant's Motion for Extension of Time to Respond to Plaintiff's Brief, filing 12, is granted and the defendant shall have on or before February 2, 2006, to file its response.

     Dated January 3, 2006.

                         BY THE COURT


                          s/ Warren K. Urbom
                          United States Senior District Judge