IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT WALLMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3206 |
| | ) | |
| v. | ) | |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION, | ) | ORDER GRANTING DEFENDANT'S |
| | ) | MOTION TO REVERSE AND REMAND |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that:

1. the Defendant's Motion to Reverse and Remand, filing 15, is granted;. and

2. the decision of the Administrative Law Judge is reversed and the action is remanded to the Social Security Administration pursuant to 42 U.S.C. § 405(g).

Dated January 9, 2006.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge